JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH DESMOND TAYLOR,<br><br>       Petitioner,<br><br>   vs.<br><br>RON DAVIS, Warden, California State<br>Prison at San Quentin,<br><br>       Respondent. | Case No.: CV 17-1555 RGK<br><br>JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED that pursuant to the Order Denying and Dismissing Petition for Writ of Habeas Corpus dated September 28, 2017, this matter is DISMISSED without prejudice as this Court has no jurisdiction over these claims at this time. It is further ordered no Certificate of Appealability shall issue.

**IT IS SO ORDERED**.

Dated this 28th day of September 2017

_____

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE